```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
CHU KWAN CHING,                                       :
*on behalf of himself,*                               :,
*FLSA Collective Plaintiffs and the class,*           :
                                                      :         15-CV-6313 (VSB)
                              Plaintiff,              :
                                                      :             ORDER
             -v-                                      :
                                                      :
LA VIE EN SZECHUAN RESTAURANT                         :
CORP. d/b/a                                           :
LA VIE EN SZECHUAN, SAVOUR                            :
SICHUAN, INC. d/b/a                                   :
SAVOUR SICHUAN, YI ZHANG and SUK                      :
WUN FUNG,                                             :
                              Defendant.              :
                                                      :
------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    Plaintiff has not responded to the Court indicating any desire to proceed with this matter, despite my Orders of June 16 and October 13, 2016, explicitly warning him that failure to do so would result in dismissal of his case.  (Docs. 35, 38.)  Accordingly, it is hereby

    ORDERED that Plaintiff's claims are dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of Court is respectfully directed to terminate the matter.

SO ORDERED.

Dated: November 22, 2016
      New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge